WILSON TURNER KOSMO LLP
CLAUDETTE G. WILSON (110076)
MERYL C. MANEKER (188342)
CHRISTINA C.K. SEMMER (270909)
MARK A. REIN (292437)
VALERIE PHAN (306503)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: cwilson@wilsonturnerkosmo.com
E-mail: mmaneker@wilsonturnerkosmo.com
E-mail: csemmer@wilsonturnerkosmo.com
E-mail: mrein@wilsonturnerkosmo.com
E-mail: vphan@wilsonturnerkosmo.com

LITTLER MENDELSON, P.C.
JODY A. LANDRY, Bar No. 125743
jlandry@littler.com
KHATEREH S. FAHIMI, Bar No. 252152
sfahimi@littler.com
CHRISTINA HAYES, Bar No. 267153
chayes@littler.com
501 W. Broadway, Suite 900
San Diego, California 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302

Attorneys for Defendants
HP INC. (formerly known as Hewlett-Packard Company) and
ENTERPRISE SERVICES LLC (formerly known as HP Enterprise Services, LLC)

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYANT FONSECA, an individual, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware Corporation; HP ENTERPRISE SERVICES, LLC, a Delaware Limited Liability Company; HP, Inc., a Delaware corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 19CV1748 GPC MSB<br><br>**DEFENDANTS' NOTICE OF PARTIES WITH FINANCIAL INTEREST** |

Case No.

DEFENDANTS' NOTICE OF PARTIES WITH FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 40.2, the undersigned, counsel of record for Defendants HP Inc. (formerly known as Hewlett-Packard Company) and Enterprise Services LLC (formerly known as HP Enterprise Services LLC) provide notice that:

1.   Defendant HP Inc. is a publicly traded company.  It does not have a parent company and no publicly held company owns 10% or more of its stock; and

2.   Defendant Enterprise Services LLC was renamed Perspecta Enterprise Solutions LLC on or about November 1, 2018.  It is a wholly-owned subsidiary of Perspecta HC LLC which, in turn, is a wholly-owned subsidiary of Perspecta Inc.  Perspecta Inc. is a publicly traded company.  It does not have a parent company and no publicly held company owns 10% or more of its stock.

Dated:   September 11, 2019         **WILSON TURNER KOSMO LLP**

By:   *s/Meryl C. Maneker*
CLAUDETTE G. WILSON
MERYL C. MANEKER
CHRISTINA C.K. SEMMER
MARK A. REIN
VALERIE PHAN
Attorneys for Defendants
HP INC. (formerly known as Hewlett-Packard Company) and
ENTERPRISE SERVICES LLC (formerly known as HP Enterprise Services, LLC)