HOGUE & BELONG
Jeffrey L. Hogue (SBN 234557)
Tyler J. Belong (SBN 234543)
170 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-4720

Attorneys for Plaintiff Bryant Fonseca

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT FONSECA, an individual, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiff/Appellant,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware Corporation, HP ENTERPRISE SERVICES, LLC, a Delaware Limited Liability Company; HP, Inc., a Delaware Corporation; and DOES 1-100, inclusive,<br><br>Defendants/Appellees. | Case No. 3:19-cv-01748-GPC-MSB<br><br>**NOTICE OF APPEAL**<br><br>**REPRESENTATION STATEMENT**<br><br>Hon. Gonzalo P. Curiel |

## NOTICE OF APPEAL

TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiff Bryant Fonseca hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Rule 54(b) judgment entered October 21, 2020 on counts five, six and eight (ECF No. 51), following the district court's order of August 11, 2020 dismissing these counts with prejudice (ECF No. 44).

Respectfully submitted,

DATED:  November 4, 2020         HOGUE & BELONG


                                  By:    */s/ Jeffrey L. Hogue*
                                         JEFFREY L. HOGUE

                                  Attorneys for Plaintiff Bryant Fonseca

# REPRESENTATION STATEMENT

The parties to the action and the names, addresses, and telephone numbers of their respective counsel are as follows:

**Plaintiff and Appellant:**

Bryant Fonseca

**Counsel for Plaintiff and Appellant:**

HOGUE & BELONG
Jeffrey L. Hogue (SBN 234557)
Tyler J. Belong (SBN 234543)
170 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-4720
jhogue@hoguebelonglaw.com
tbelong@hoguebelonglaw.com

Martin N. Buchanan
Law Office of Martin N. Buchanan, APC
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 238-2426
martin@martinbuchanan.com

**Defendants and Appellees:**

Hewlett-Packard Company

HP Enterprises Services, LLC

HP, Inc.

**Counsel for Defendants and Appellees:**

WILSON TURNER KOSMO LLP
Claudette G. Wilson (SBN 110076)
Meryl C. Maneker (SBN 188342)
Michelle M. Pacis (SBN 306549)
Valerie Phan (SBN 306503)
402 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: (619) 236-9600
CWilson@wilsonturnerkosmo.com
MManeker@wilsonturnerkosmo.com

MPacis@wilsonturnerkosmo.com
VPhan@wilsonturnerkosmo.com

DATED: November 4, 2020     HOGUE & BELONG

By:    */s/ Jeffrey L. Hogue*
       JEFFREY L. HOGUE

Attorneys for Plaintiff Bryant Fonseca