UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fonseca,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>Hewlett-Packard Company et al,<br><br>　　　　　　　　　Defendants. | Case No.: 19cv1748-JO-MSB<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO LIFT STAY** |

　　　Plaintiff filed a motion to lift stay. Dkt. 75. The Court held oral argument on August 31, 2022. For the reasons stated on the record during the oral argument, the motion is GRANTED in part and DENIED in part.

//
//
//
//

1

19cv1748-JO-MSB

The stay is hereby lifted to allow (1) Plaintiff to file an amended complaint to dismiss his class claims on or before September 2, 2022; and (2) Defendant to file a motion to dismiss the amended complaint within thirty (30) days of its filing. If the case proceeds after the briefing on the motion to dismiss, the stay shall be lifted in its entirety but with discovery limited to Plaintiff's individual claims only.

Dated: August 31, 2022

_____
Honorable Jinsook Ohta
United States District Judge