```
JEFFREY L. HOGUE (SBN 234557)
TYLER J. BELONG (SBN 234543)
HOGUE & BELONG
170 Laurel Street
San Diego, CA 92101
Tel.: (619) 238-4720
Fax: (619) 238-5260

Attorneys for Plaintiff
BRYANT FONSECA


WILSON TURNER KOSMO LLP
MERYL C. MANEKER (188342)
DANIEL C. GUNNING (259642)
402 West Broadway, Suite 1600
San Diego, California  92101
Telephone:  (619) 236-9600
Facsimile:   (619) 236-9669
E-mail:  mmaneker@wilsonturnerkosmo.com
E-mail:  dgunning@wilsonturnerkosmo.com

Attorneys for Defendant
HP INC.
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT FONSECA, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>HP, Inc., a Delaware corporation; and DOES 1-100, inclusive,<br><br>        Defendants. | Case No. 3:19-cv-01748-JO-MSB<br><br>**JOINT MOTION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE**<br><br>District Judge:   Hon. Jinsook Ohta<br>Courtroom:         4C<br><br>Magistrate Judge:  Hon. Michael S. Berg<br><br>Trial:                      Not Set<br>Complaint Filed:  November 29, 2017 |

TO ALL PARTIES AND THIS HONORABLE COURT

IT IS HEREBY STIPULATED by and between the parties, through their designated counsel, that Plaintiff BRYANT FONSECA dismisses his Fifth Amended

Complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This dismissal is pursuant to a settlement reached among the parties. Each party shall bear its own attorneys' fees and costs.

Dated:   July 24, 2023                    **HOGUE & BELONG**

By:   *s/Tyler J. Belong*
JEFFREY L. HOGUE
TYLER J. BELONG
MATTHEW H. AGUIRRE
Attorneys for Plaintiff
BRYANT FONSECA

Dated:   July 24, 2023                    **WILSON TURNER KOSMO LLP**

By:   s/*Daniel C. Gunning*
MERYL C. MANEKER
DANIEL C. GUNNING
Attorneys for Defendants
HP INC.

**SIGNATURE ATTESTATION**

I hereby certify that authorization for the electronic signatures in this document has been obtained from each of the other signatories shown above and that the content of the document is acceptable to all signatories.

By:   /s/*Daniel C. Gunning*
DANIEL C. GUNNING