**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYANT FONSECA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HP, Inc., a Delaware corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:19-cv-01748-JO-MSB<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE<br><br>District Judge:    Hon. Jinsook Ohta<br>Courtroom:         4C<br><br>Magistrate Judge:  Hon. Michael S. Berg<br><br>Trial:             Not Set<br>Complaint Filed:  November 29, 2017 |

The Court hereby grants Plaintiff BRYANT FONSECA and Defendant HP INC.'s Joint Motion to Dismiss All Claims With Prejudice.

GOOD CAUSE APPEARING, it is hereby ORDERED that: (a) Plaintiff's Fifth Amended Complaint shall be dismissed with prejudice; and (b) each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  8/7/2023

_____
Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE